ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                                )
                                                           )
Novielli Boat Builders Inc.                                )    ASBCA No. 63795
                                                           )
Under Contract No. FA5270-23-P-0024                        )

APPEARANCE FOR THE APPELLANT:           Mr. Benjamin Staubs
                                          Senior Contract MGR

APPEARANCES FOR THE GOVERNMENT:         Caryl A. Potter, III, Esq.
                                          Air Force Deputy Chief Trial Attorney
                                        Maj Craig M. Brunson, USAF
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 8, 2024

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63795, Appeal of Novielli Boat Builders Inc., rendered in conformance with the Board's Charter.

Dated:  May 8, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals